GREGORY E. TOMCZAK ±•

**TOMCZAK LAW FIRM**
*Attorneys at Law*
35 West Front Street
Keyport, New Jersey 07735
T: (732) 670-3374
get@actlaw.net

± MEMBER OF NY and NJ BAR
• CERTIFIED BY THE SUPREME COURT OF
N.J. AS A CRIMINAL TRIAL ATTORNEY

Hon. Tonianne J. Bongiovanni
Clarkson S. Fisher Building
& U.S. Courthouse
402 State Street
Trenton, NJ 08608

Re: USA v. Newsholme, 3:17-mj-05015-TJB

Dear Judge Bongiovanni:

I am writing the Court to advise that I am required to withdraw as counsel for Mr. Newsholme. In light of the allegations of Count 4 of the Amended Complaint, a non-waivable conflict of interest has arisen. Pursuant to Rules 1.7 and 3.4 of the Rules of Professional Conduct in addition to controlling case law, I must make this request.

Thank you for Your Honor's kind attention to this matter.

Respectfully,
**TOMCZAK LAW FIRM**

s/s Gregory Tomczak

So Ordered this 30th day of October, 2017